IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr216

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>MICHAEL ANTHONY CORNWELL )<br>) | ORDER |

**THIS MATTER** is before the Court upon request of the defendant for the Court to disclose materials relating to his criminal case, pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552. (Doc. No. 125).

A district court is not an "agency" under FOIA; thus, the Act has no application to materials in the Court's possession. 5 U.S.C. §§ 551(1)(b) and 552(f)(1); <u>Crystal Grower's Corp. v. Dobbins</u>, 616 F.2d 458, 461 n.1 (10th Cir. 1980); <u>United States v. Mitchell</u>, No. 03-6938, 2003 WL 22999456 (4th Cir. Dec. 23, 2003) (unpublished).

**IT IS, THEREFORE, ORDERED** that the defendant's Freedom of Information Act Request (Doc. No. 125) is **DENIED**.

Signed: October 27, 2010

Robert J. Conrad, Jr.
Chief United States District Judge